| District | Docket No. Off. | Yr. | Number | OR | Filing Date Mo. | Day | Yr. | J | Nature Suit | Jury 23 | Judge | Mag. | Dem | ARB | Docket | Yr. | Docket Number |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 113A | 3 | 86 | 00006 | 1 | 01 | 03 | 86 | 3 | 441 | X | 3A14 | | | | | 86 | 00006 |

**CAUSE:** TITLE 42 SEC. 1973 - CIVIL RIGHTS VOTING
Excludes Black representation and participation/violates rights.

| | PLAINTIFFS | | DEFENDANTS |
|---|---|---|---|
| 1.00 | BRADFORD COUNTY BRANCH OF THE NAACP | 6.00 | BRADFORD COUNTY, FLORIDA, |
| 2.00 | ELIZABETH G. WALKER, | 7.00 | COUNTY COMMISSIONERS MAXIE CARTER, JR., CHAIRMAN, |
| 3.00 | JIMMIE L. SCOTT, | 8.00 | E. L. NORMAN, |
| 4.00 | CAROLYN B. SPOONER, | 9.00 | E. W. HODGES, JR., |
| 5.00 | MAURICE J. WHITE, on behalf of themselves and all other similarly situated, | 10.00 | LAWRENCE MOSLEY, AND |
| | | 11.00 | WILBUR L. WATERS, their successors and agents, all in their official capacities. |

**ATTORNEYS**

(1.00 through 5.00)
**DAVID M. LIPMAN, Esquire**
**ROBERT E. WEISBERG, Esquire**
Lipman & Weisberg
5901 S.W. 74 Street
Suite 304
Miami, Florida  33143-5186
(305) 662-2600

(6.00 through 11.00)
**JAMES R. FLYNN, Esquire**
405 West Georgia Street
Starke, Florida  32091
(904) 964-4667

| CHECK HERE IF CASE WAS FILED IN FORMA PAUPERIS | FILING FEES PAID | | | STATISTICAL REPORTS PROCESSED |
|---|---|---|---|---|
| | DATE | RECEIPT NUMBER | C.D. NUMBER | Filing 01-03-86 |
| | | CLOSED | | Termination 07-03-86 |
| | | | | Change |

UNITED STATES DISTRICT COURT DOCKET                    DC-111 (Rev. 7

| DATE | NR. | PROCEEDINGS | |
|---|---|---|---|
| 01-03-86 | 1 | **COMPLAINT** for Injunctive and Other Declaratory Relief: Voting Rights Act. | mfk |
| 01-03-86 | * | **SUMMONS**/Notice of Consent issued as to each Defendant. (Original and and 3 each Defendant to Attorney). | mfk |
| 01-06-86 | 2 | **ORDER** Directing Counsel To Confer and Plaintiff To Report: Joint Standard Interrogatories due no later than **05-05-86**. (See Order for additional information). s/01-08-86, by Deputy Clerk. (Counsel for Plaintiff notified). | mfk |
| 01-27-86 | 3 | **CERTIFICATE** of Service of Order(2): furnished by mail on 01-07-86 to Defendants by Plaintiff. | mfk |
| 03-07-86 | 4 | **MOTION** for Certification of Class Action by Plaintiff with attached Certificate of Service. | mfk |
| 03-07-86 | 5 | **MEMORANDUM** of Authority in Support of Motion for Class Certification (4) by Plaintiffs. | mfk |
| 03-07-86 | * | **PROPOSED** Order received. | mfk |
| 03-27-86 | 6 | **ORDER** Granting Motion for Certification of Class Action(4):<br>1. Plaintiffs' Motion for Certification of Class Action is **GRANTED**.<br>2. The Plaintiffs shall be allowed to maintain this action as a class action on behalf of black citizens of Bradford County, Florida. s/03-27-86, SHB. (Counsel notified). | mfk |
| 03-31-86 | 7 | **RESPONSE** to Court Order of January 6, 1986(2) by Plaintiffs. (Plaintiffs' response to Interrogatories). | mfk |
| 05-06-86 | 8 | **RESPONSE** to Court Order of January 6, 1986(2) by Defendants. (Defendants' response to Interrogatories/Joint Interrogatories). | mfk |
| 05-09-86 | 9 | **JOINT** Answers to Interrogatories Pursuant to Court Order of January 6, 1986(2). | mfk |
| 06-04-86 | 10 | **MOTION** to Deem Admitted Request for Admissions of Fact, with **MEMORANDUM** of Law, by Pltfs. | slc |
| 06-25-86 | 11 | **ORDER**(10): Plaintiff's Motion is **GRANTED**, and Plaintiffs' Request for Admission, First through Third sets shall be deemed admitted. s/06-25-86, HES. (Counsel notified). | mfk |
| 06-26-86 | 12 | **JOINT** Motion for Fairness Hearing (Rule 23(e) and Adoption of Final Judgment by parties. | mfk |
| 06-26-86 | * | **PROPOSED** Final Judgment received. | mfk |
| 06-26-86 | 13 | **NOTICE:** The Joint Motion(12) has been **GRANTED** and Hearing has been set for 07-03-86 at 10:00 a.m., Courtroom No. 2. s/06-26-86, Garry W. Randolph, Deputy Clerk. (Counsel notified telephonically and by mail). | mfk |

Continued on page 2

DC 111A
(Rev. 1/75)

## CIVIL DOCKET CONTINUATION SHEET

| PLAINTIFF | DEFENDANT | 86-6-Civ-J-14 |
|---|---|---|
| | | DOCKET NO. _____ |
| BRADFORD COUNTY NAACP, et al. | BRADFORD COUNTY, FLORIDA, et al. | PAGE 2 OF ____ PAGES |

| DATE | NR. | PROCEEDINGS | |
|---|---|---|---|
| 07-01-86 | 14 | **MOTION** for Plaintiffs' Counsel to Attend Fairness Hearing by Conference Call. | mfk |
| 07-03-86 | * | **RECORD** of Hearing of Fairness Hearing. Honorable Susan H. Black, presiding Judge: Parties to the litigation were present and no one opposed the entry of the Final Judgment. The Court requested Counsel to file a copy of the publication in the Court file. Final Judgment entered and filed in open Court. | mfk |
| 07-03-86 | 15 | **FINAL** Judgment: 1. This Court enters a Declaratory Judgment finding that Plaintiffs have not had full access to the political process under the Voting Rights Act. 2. Defendants are enjoined from providing county-wide at-large elections in a manner which violates the Voting Rights Act. 3. The "Election Plan" as submitted is a proper remedy in this action, and is adopted and incorporated by reference into this Final Judgment. All elections will proceed on a single district basis. s/07-03-86, SHB. (Counsel notified). MR 110/669. | mfk |
| 07-17-86 | 16 | **NOTICE** of Filing Proof of Publication of Notice of Entry of Final Judgment has been published in the Gainesville Sun issues of July 2 and 3, 1986 by Plaintiffs. | mfk |
| 08-07-86 | 17 | **MOTION** for an Award of Attorney Fees and Reimbursement of Litigation Expenses by Plaintiffs. | mfk |
| 08-07-86 | 18 | **MEMORANDUM** of Points and Authorities with attached Exhibits in Support of Motion(17). | mfk |
| 08-27-86 | 19 | **MOTION** to Extend Time Within Which to Respond to the Motion(17) by Defendant, BRADFORD COUNTY, FLORIDA, COUNTY COMMISSION, et al. | mfk |
| 08-27-86 | * | **PROPOSED** Order(19) received. | mfk |
| 08-28-86 | 20 | **ORDER:** The Motion to Extend Time(19) is **GRANTED.** Defendants' time for reply to Plaintiffs' pending Motion(17) is extended until Plaintiffs' counsel gives written notice of the necessity for reply or until further Order of this Court. s/08-28-86, HES. (Counsel notified). | mfk |

Continued on page 3

DC 111A
(Rev. 1/75)

CIVIL DOCKET CONTINUATION SHEET

| PLAINTIFF | DEFENDANT | 86-6-Civ-J-14 |
|---|---|---|
| BRADFORD COUNTY NAACP, et al. | BRADFORD COUNTY, FLORIDA, et al. | DOCKET NO. _____<br>PAGE 3 OF ____ PAGES |

| DATE | NR. | PROCEEDINGS | |
|---|---|---|---|
| 10-30-86 | 21 | **NOTICE** of Necessity for Reply by Plaintiffs. (Necessity for Defendants to now reply to Plaintiffs' Motion for an Award of Attorney Fees(17). | mfk |
| 12-01-86 | 22 | **ORDER:** 1. That the defts shall have an additional 10 days from the date of this Order in which to file a response to pltfs' motion for attorneys' fees (17).<br>2. That in the absence of such a response, the Court will proceed upon the assumption that defts have no objection to the Court granting pltfs' motion. s/12-1-86 SHB. (Counsel notified.) | slc |
| 12-10-86 | 23 | **RESPONSE** to Plaintiff's Motion for an Award of Attorney Fees and Expenses(17) by Defendants. | mfk |
| 12-10-86 | 24 | **MEMORANDUM** in Opposition to Motion for Attorney's Fees and Costs (17) by Defendants. | mfk |
| -------<br>1987<br>------- | | | |
| 01-12-87 | 25 | **MOTION** for Calendaring Of An Evidentiary Hearing on the matter relating to Plaintiffs' Motion for An Award of Attorneys' Fees with Memorandum of Law by Plaintiffs. | mfk |
| 01-22-87 | 26 | **NOTICE:** An Evidentiary Hearing on Attorney's Fees has been set for 05-04-87 at 2:00 p.m. s/01-22-87, Garry W. Randolph, Deputy Clerk. (Counsel notified). | mfk |
| 05-04-87 | 27 | **RECORD** of Proceedings of Evidentiary Hearing on Attorneys Fees before SHB:<br>1. Pltfs' exhibit 1; Defts' exhibits 1, 2 filed in evidence.<br>2. Pltfs' Exhibit List and Defts' Exhibit List filed in open court.<br>3. Opinion and order to enter. | slc |
| 05-04-87 | 28 | **EXHIBIT LIST**, by Pltfs. | slc |
| 05-04-87 | 29 | **EXHIBIT LIST**, by Defts. | slc |
| 05-14-87 | 30 | **SUPPLEMENTAL MEMORANDUM** in Support of Motion for An Award of Attorney Fees and Reimbursement of Litigation Expenses (17), by Pltfs. (Filed in Tampa) EOD: 5-19-87 | slc |
| 05-28-87 | 31 | **OPINION & ORDER:** Pltfs' Motion For An Award of Attorney Fees (17) is GRANTED. Defts are directed to pay pltfs. within 60 days attorney's fees in the amount of $27,843.75. Defts are directed to pay pltfs within 60 days, costs & expenses in the amount of $1,940.03. SHB s/5/27/87 (counsel notified) | ja |