RESOLUTION 2023 - 07

A RESOLUTION OF THE BOARD OF COUNTY COMMISSIONERS OF BRADFORD COUNTY, FLORIDA, AMENDING, REVISING, AND REPLACING IN ITS ENTIRETY THE COMMISSIONER DISTRICTS OF BRADFORD COUNTY, FLORIDA, PURSUANT TO THE FLORIDA CONSTITUTION ARTICLE VIII, SECTION 1(e); PROVIDING REVISED COMMISIONER DISTRICTS BASED ON THE 2020 CENSUS DATA; PROVIDING FOR PUBLICATION OF THE REVISED DISTRICTS IN ACCORDANCE WITH SECTION 124.02(1), FLORIDA STATUTES; PROVIDING FOR FILING OF COPIES AND FURNISHING OF MINUTES; PROVIDING FOR AN EFFECTIVE DATE.

**WHEREAS,** Article VIII, Section 1, Paragraph (e) of the Florida Constitution requires the Board of County Commissioners to divide the County into districts of contiguous territory as nearly equal in population as practicable following each decennial census; and,

**WHEREAS,** on January 23, 2023, March 13, 2023, March 27, 2023 and April 10, 2023, the Board of County Commissioners conducted joint workshops with the Bradford County School District, which allowed for public comment and considered alternative redistricting proposals including the recommendation attached hereto as Exhibit A which delineates five (5) commissioner districts and the legal descriptions for each district; and,

**WHEREAS,** on May 18, 2023, the Board of County Commissioners conducted a public hearing and considered the redistricting proposals including the recommendation attached hereto as Exhibit A which delineates five (5) commissioner districts and the legal descriptions for each district; and,

**WHEREAS,** the Board of County Commissioner of Bradford County, Florida finds as a matter of fact that the following described districts with their boundaries as set forth herein meet the requirements of law.

**NOW THEREFORE, BE IT RESOLVED** by the Board of County Commissioners of Bradford County, Florida that there is altered and created in Bradford County, Florida five (5) County Commissioner Districts, with the legal descriptions and boundaries of said districts being as follows:

1

<u>DISTRICT 1</u>: County Commission and School Board District 1 in Bradford County, Florida being more particularly described as follows:

Commence at the intersection of the centerline of NE County Road 125 with the Easterly boundary of Bradford County for the Point of Beginning and run Southerly, along said Easterly boundary, to an intersection with the Northerly boundary of Section 24, Township 6 South, Range 22 East; thence Westerly, along said Northerly boundary and along the Northerly boundaries of Sections 22 and 23, of said Township 6 South, Range 22 East to an intersection with the Northeast Corner of the City Limits of the City of Starke; thence Southerly, along said Easterly boundary, to an intersection with the centerline of State Road 16 (East Brownlee St.); thence Westerly along said centerline to an intersection with the centerline of Old Lawtey Road; thence South, along said centerline to an intersection with the centerline of Thomas Street; thence Westerly, along said centerline to an intersection with the centerline of St. Clair Street; thence Northerly, along said centerline, to an intersection with said State Road 16 (East Brownlee St.) thence Northwesterly, along said centerline, to an intersection with the centerline of West Weldon Street (County Road 229); thence Westerly, along said centerline, to an intersection with the centerline of State Road 223 (the Starke Bypass); thence Southerly, along said centerline, to an intersection with the Northerly boundary of Section 30, Township 6 South, Range 22 East; thence Easterly along said Northerly boundary of Section 29, Township 6 South, Range 22 East, to an intersection with the Westerly boundary of the City Limits of the City of Starke at the Northwest corner of Parcel #03996-0-00000; thence Southerly, Easterly and Southerly along said Westerly boundary of the City Limits of Starke, to the Southwest corner of parcel #04071-0-00000; thence South to the Northwest corner of parcel #04072-0-00100 on said Westerly City Limits line; thence Southerly along said city limits line to an intersection with the centerline of SW County Road 100A (Edwards Road); thence Easterly along said centerline, to an intersection with the centerline of State Road 200 (U.S. 301 and Temple Avenue); thence Northerly along said centerline to an intersection with the Northerly boundary of Section 33, Township 6 South, Range 22 East; thence Easterly along said Northerly boundary to an intersection with the centerline of State Road 100 (S. Water Street); thence Southerly along said centerline, to an intersection with the centerline of SE 144th Street; thence Westerly, along said centerline, to an intersection with the centerline of the CSX Transportation Railroad; thence Southerly, along said centerline, to an intersection with the Northerly boundary of Section 5, Township 7 South, Range 22 East; thence Westerly, along said Northerly boundary, to the Northeast corner of parcel #04691-0-00100; thence Southerly, along the Easterly boundary thereof, to the Southeast corner thereof; thence Westerly, along the Southerly boundary thereof, to an intersection with the centerline of SE 44th Avenue; thence Southerly along said centerline to an intersection with a Westerly prolongation of the Southerly boundary of parcel #04691-0-00401; thence Westerly, along said prolongation and along the Southerly boundary thereof, and along the Southerly boundaries of parcels #04701-0-00200, #04701-0-00000, #04701-0-00102, and #04701-0-00100 to the Southwest corner of said parcel #04701-0-00100; thence Northerly, along the Westerly boundary of said parcel #04701-0-00100, to an intersection with said Northerly boundary of Section 5, Township 7 South, Range 22 East; thence Westerly, along said Northerly boundary and along the Northerly boundary of Section 6, Township 7 South, Range 22 East, to an

2

intersection with the centerline of said State Road 223; thence Northerly, along said centerline, to an intersection with the centerline of State Road 100 West (Madison Street); thence Northwesterly, along said centerline, to an intersection with the Easterly boundary of Section 24, Township 6 South, Range 21 East; thence Northerly along said Easterly boundary to the Southeast corner of the NE1/4 of said Section 24; thence Westerly, along the Southerly boundary of said NE1/4, to the Southwest corner of the E1/2 of said NE1/4; thence Northerly, along the Westerly boundary of said E1/2 to the Southeast corner of the NW1/4 of said NE1/4; thence Westerly, along the Southerly boundary of said NW1/4 of NE1/4 to the Southwest corner thereof; thence Northerly along the Westerly boundary thereof, to the Northwest corner thereof; thence Northerly along the Westerly boundary of the SE1/4 of Section 13, Township 6 South, Range 21 East, to the Northwest corner of said SE1/4 of Section 13; thence Easterly, along the Northerly boundary thereof, to the Southwest corner of parcel #00709-0-01200; thence Northerly, along the Westerly boundary thereof, to the Southwest corner of parcel #00709-0-00700; thence Northerly along the Westerly boundary thereof, and along a Northerly prolongation of said Westerly boundary, to an intersection with the centerline of NW 180th Street; thence Easterly, along said centerline, to an intersection with the centerline of NW County Road 229 (Weldon Street); thence Northerly, along said centerline to an intersection with the Westerly boundary of Section 18, Township 6 South, Range 22 East; thence Northerly, along said Westerly boundary, to the Northwest corner thereof; thence Easterly, along the Northerly boundary thereof, to the Northeast corner of the NW1/4 of NE1/4 of said Section 18; thence Southerly, along the Westerly boundary thereof, to the Southeast corner thereof; thence Easterly, along the Southerly boundary of the NE1/4 of NE1/4 of said Section 18 to an intersection with the Westerly Boundary of Connerly Estates as recorded in Plat Book 3, Page 37 of the public records of said County; thence Southerly, along said Westerly boundary to the Southwest corner of said Connerly Estates; thence Easterly, along the Southerly boundary thereof, to the Southeast corner of the NW1/4 of NW1/4 of said Section 17 (also the SE corner of Lot 33 of said Connerly Estates) thence Southerly along the Easterly boundary of the SW1/4 of NW1/4 of said Section 17 to an intersection with the centerline of NW 177th Street; thence Easterly, along said centerline, to an intersection with the centerline of State Road 16; thence Southerly along said centerline, to an intersection with the Northerly boundary of the City Limits of the City of Starke; thence Easterly, along said Northerly boundary, to the centerline of the right of way of State Road 200 (U.S. 301); thence North, along said centerline to an intersection with the centerline of NE County Road 125; thence Easterly, along said centerline, to the Point of Beginning.

<u>DISTRICT 2</u>: County Commission and School Board District 2 in Bradford County, Florida being more particularly described as follows:

Commence at the Northeast corner of Bradford County for the Point of Beginning and run Southerly, along the Easterly boundary thereof, to an intersection with the centerline of NE County Road 125; thence Westerly, along said centerline, to an intersection with the centerline of the right of way of State Road 200 (U.S. 301); thence Southerly along said centerline, to an intersection with the Northerly boundary of the City Limits of the City of Starke; thence Westerly, along said Northerly boundary, to an intersection with the centerline of State Road 16; thence Northerly, along said centerline,

3

to an intersection with the centerline of NW 177th Street; thence Westerly, along said centerline, to an intersection with the Easterly boundary of the SW1/4 of NW1/4 of Section 17, Township 6 South, Range 22 East; thence Northerly along said Easterly boundary to the Northeast corner thereof (also the Southeast corner of Connerly Estates Subdivision as recorded in Plat Book 3, Page 37 of the public records of said County; thence Westerly, along the Southerly boundary of said Connerly Estates to the Southwest corner thereof; thence Northerly along the Westerly boundary thereof, to an intersection with the Southerly boundary of the NE1/4 of NE1/4 of Section 18, Township 6 South, Range 22 East; thence Westerly, along said Southerly boundary to the Southwest corner of said NE1/4 of NE1/4; thence Northerly, along the Westerly boundary thereof, to the Northwest corner of said NE1/4 of NE1/4; thence Westerly, along the Northerly boundary of said Section 18, to the Northwest corner thereof; thence Southerly, along the Westerly boundary thereof to an intersection with the centerline of NW County Road 229; thence Northwesterly, along said centerline, to an intersection with the centerline of New River (also the Northwesterly boundary of Bradford County); thence Northerly along said centerline and along said Northwesterly boundary, to the Northerly boundary of Section 19, Township 4 South, Range 22 East and the Northerly boundary of Bradford County; thence Easterly, along said Northerly Boundary and along the Northerly boundaries of Sections 20, 21, 22, 23 and 24 of said Township 4 South, Range 22 East, to the Northeast corner of Bradford County and the Point of Beginning.

DISTRICT 3: County Commission and School Board District 3 in Bradford County, Florida being more particularly described as follows:

Commence at the Northeast corner of Section 24, Township 6 South, Range 22 East on the Easterly Boundary of Bradford County for the Point of Beginning and run Southerly, along said Easterly boundary, to an intersection with the centerline of the CSX Transportation Railroad (Dupont Spur) in Section 1, Township 7 South, Range 22 East; thence Northwesterly, along said centerline, to an intersection with the centerline of SE County Road 100A; thence Northerly, and Westerly along said centerline, to an intersection with the centerline of State Road 100; thence Northwesterly, along said centerline, to an intersection with the Northerly boundary of Section 33, Township 6 South, Range 22 East; thence Westerly, along said Northerly boundary, to an intersection with the centerline of State Road 200 (U.S. 301 and Temple Avenue); thence Southerly, along said centerline, to an intersection with the centerline of SW County Road 100A (Edwards Road); thence Westerly, along said centerline, to an intersection with the Westerly boundary of the City Limits of Starke; thence Northerly, along said Westerly boundary to the Northwest corner of parcel #04072-0-00100; thence Northerly, to the Southwest corner of parcel #04071-0-00000 on the Westerly boundary of the city limits of Starke; thence Northerly, along said Westerly city limits to a jog in said Westerly boundary on the Southerly boundary of parcel #03966-0-00000; thence Westerly, and Northerly, along the boundary of said parcel to the Northwest corner thereof and the Northerly boundary of Section 29, Township 6 South, Range 22 East; thence Easterly, along said Northerly boundary, and along the Northerly boundary of Section 30 of said Township 6 South, Range 22 East; to an intersection the centerline of State Road 223 (the City of Starke Bypass); thence Northerly, along said centerline, to an intersection with the centerline of

4

NW County Road 229 (Weldon Street); thence Southeasterly and Easterly, along said centerline, to an intersection with the centerline of State Road 16 (Raiford Road); thence Easterly, along said centerline, to an intersection with the centerline of St. Clair Street; thence Southerly, along said centerline to an intersection with the centerline of Thomas Street; thence Easterly, along said centerline, to an intersection with the centerline of Old Lawtey Road; thence Northerly, along said centerline, to an intersection with the centerline of said State Road 16; thence Easterly, along said centerline of State Road 16, to an intersection with the Easterly boundary of the City Limits of the City of Starke; thence Northerly along said Easterly boundary, to the Northeast corner of said City Limits of the City of Starke (also on the Northerly boundary of Section 22, Township 6 South, Range 22 East); thence Easterly along the Northerly boundary of said Section 22 and along the Northerly boundaries of Section 23 and 24 of Township 6 South, Range 22 East to the Point of Beginning.

DISTRICT 4: County Commission and School Board District 4 in Bradford County, Florida being more particularly described as follows:

Commence at the Southeast corner of Bradford County for the Point of Beginning and run Northwesterly along the Southwesterly boundary of Bradford County to an intersection with the centerline of SW County Road 225A; thence Northerly, along said centerline, to an intersection with the centerline of SW County Road 18; thence Northeasterly, along said centerline, to an intersection with the centerline of SW County Road 227; thence Northeasterly, along said centerline, to an intersection with the centerline of SW 113th Street; thence Southeasterly, along said centerline, to an intersection with the centerline of State Road 200 (U.S. 301); thence Northeasterly, along said centerline, to an intersection with the Centerline of SE County Road 221; thence Southeasterly, along said centerline, to an intersection with the Centerline of SE 109th Street; thence Easterly, along said centerline, to an intersection with the centerline of State Road 100; thence Southerly, along said centerline, to an intersection with the centerline of SE 105th Street (Camp Road); thence Easterly, along said centerline and along the centerlines of SE 111th Ave and SE 2nd Lane (note: Camp Road is the locally accepted name for SE 105th St, SE 111th Ave, and SE 2nd Ln) to an intersection with the Northerly boundary of Section 24, Township 7 South, Range 22 East; thence Easterly, along said Northerly boundary to the Northeast corner thereof (said Northeast Corner being on the Easterly Boundary of said Bradford County); thence Southerly, along said Easterly boundary to the Point of Beginning.

DISTRICT 5: County Commission and School Board District 5 in Bradford County, Florida being more particularly described as follows:

Commence at the intersection of the CSX Transportation Railroad (DuPont Spur) with the Easterly Boundary of Section 1, Township 7 South, Range 22 East (also being the Easterly boundary of Bradford County) and run South, along said Easterly Boundary of Bradford County to the Northeast corner of Section 24, Township 7 South, Range 22 East; thence Westerly, along the Northerly boundary thereof to an intersection with the centerline of SE 2nd Lane (Camp Road); thence Southwesterly, along said centerline and along the

5

centerline of SE 111th Avenue and SE 105th Street (note: Camp Road is the locally accepted name for SE 105th St, SE 111th Ave, and SE 2nd Ln) to an intersection with the centerline of State Road 100; thence Northerly, along said State Road 100 to an intersection with the centerline of SE 109th Street; thence Westerly, along said Centerline, to an intersection with the centerline of SE County Road 221; thence Northwesterly, along said centerline, to an intersection with the centerline of State Road 200 (U.S. 301); thence Southwesterly, along said centerline, to an intersection with the centerline of SW 113th Street; thence Northwesterly, along said centerline, to an intersection with the centerline of SW County Road 227; thence Southwesterly, along said centerline to an intersection with the Centerline of SW County Road 18; thence Southwesterly, along said centerline, to an intersection with the centerline of SW County Road 225a; thence Southerly, along said centerline, to an intersection with the Southerly boundary of Bradford County; thence Westerly, Northerly and Northeasterly, along said Boundary of Bradford County to an intersection with the centerline of NW County Road 229; thence Southeasterly along said centerline, to an intersection with the Centerline of NW 180th Street; thence Westerly, along said centerline to an intersection with a Northerly prolongation of the Westerly boundary of parcel #00709-0-00700; thence Southerly, along said Northerly prolongation and Westerly boundary, and the Westerly boundary of parcel #00709-0-01200 to the Southwest corner thereof (also on the Northerly boundary of the NE1/4 of SE1/4 of Section 13, Township 6 South, Range 21 East); thence Westerly, along said Northerly boundary, and along the Northerly boundary of the NW1/4 of SE1/4 of said Section 13 to the Northwest corner thereof; thence Southerly, along the Westerly boundary of said SE1/4 of Section 13 and along the Westerly boundary of the NW1/4 of NE1/4 of Section 24, of Township 6 South, Range 21 East to the Southwest corner of said NW1/4 of NE1/4; thence Easterly, along the Southerly boundary thereof, to the Southeast corner of said NW1/4 of NE1/4; thence Southerly along the Westerly boundary of the SE1/4 of NE1/4 of said Section 24, to the Southwest corner thereof; thence Easterly, along the Southerly boundary thereof, to an intersection with the Easterly boundary of said Section 24; thence Southerly, along said Easterly boundary, to an intersection with the Centerline of State Road 100 West; thence Southeasterly, along said centerline to an intersection with the centerline of State Road 223 (City of Starke Bypass); thence Southerly, along said centerline to an intersection with the Northerly boundary of Section 6, Township 7 South, Range 22 East; thence Easterly, along said Northerly boundary and along the Northerly boundary of Section 5, Township 7 South, Range 22 East to the Northwest corner of parcel #04701-0-00100; thence Southerly, along the Westerly boundary thereof to the Southwest corner of said parcel; thence Easterly along the Southerly boundary thereof and along the Southerly boundaries of parcels #04701-0-00102, #04701-0-00000, #04701-0-00200, #04691-0-00401 and along an Easterly prolongation of the southerly boundary of said parcel #04691-0-00401 to an intersection with the centerline of SE 44th Avenue; thence Northerly, along said centerline to an intersection with a Westerly prolongation of the Southerly boundary of parcel #04691-0-00100; thence Easterly, along said Westerly prolongation and along said Southerly boundary to the Southeast corner thereof; thence Northerly along the Easterly boundary of said parcel to an intersection with the Northerly boundary of said Section 5, Township 7 South, Range 22 East; thence Easterly, along said Northerly boundary of Section 5, to an intersection with the Centerline of the CSX Transportation Railroad; thence Northeasterly, along said Centerline, to an intersection with the Centerline

of SE 144th Street; thence Easterly, along said centerline to an intersection with the centerline of State Road 100; thence Easterly along SE County Road 100a and Southerly along SE County Road 100A to the intersection with the CSX Transportation Railroad DuPont Spur in Section 35, Township 6 South, Range 22 East; thence Southeasterly, along said centerline, to an intersection with the Easterly Boundary of Bradford County and the Point of Beginning.

**BE IT FURTHER RESOLVED** that a certified copy of this Resolution was advertised and published once a week for 2 consecutive weeks in a newspaper published and circulated in Bradford County, Florida, as required by law, on May 4, 2023 and May 11, 2023; and

**BE IT FURTHER RESOLVED** that a certified copy of this Resolution be furnished forthwith to the Department of State of the State of Florida, and the Bradford County Supervisor of Elections.

**PASSED AND ADOPTED** this 18th day May 2023 at a regular meeting of the Bradford County Board of County Commissioners.

 

_____
**Diane Andrews, Chair**

**ATTEST:**

_____
**Denny Thompson, Clerk**