IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

BRADFORD COUNTY
BRANCH OF THE NAACP, *et al.*,

    *Plaintiffs,*

v.                                                Case No. 86-6-Civ-J-14

BRADFORD COUNTY, FLORIDA, *et al.*,

    *Defendants.*

_____/

## NOTICE OF APPEARANCE

With the consent of class counsel David M. Lipman and Class Representatives Carolyn B. Spooner and Jimmie L. Scott, the undersigned attorney, Nicholas Warren, enters his appearance in this matter on behalf of the Plaintiff Class.

                                        Respectfully submitted this 2nd day of August, 2023,

                                        /s/ Nicholas Warren
                                        Nicholas L.V. Warren (FBN 1019018)
                                        **ACLU Foundation of Florida, Inc.**
                                        336 East College Ave., Suite 203
                                        Tallahassee, FL 32301
                                        (786) 363-1769
                                        nwarren@aclufl.org

                                        *Counsel for Plaintiff Class*

## CERTIFICATE OF SERVICE

I certify that I have served a copy of the foregoing on Defendants by emailing a copy to Defendants' counsel Richard C. Komando at rich@claylawyers.com, which method of service he consented to in writing, on August 2nd, 2023.

/s/ Nicholas Warren
Nicholas Warren (FBN 1019018)