UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

BRADFORD COUNTY BRANCH
OF THE NAACP, ELIZABETH G.
WALKER, on behalf of themselves
and all others similarly situated,
JIMMIE L. SCOTT, on behalf of
themselves and all others similarly
situated, CAROLYN B. SPOONER,
on behalf of themselves and all
others similarly situated, and
MAURICE J. WHITE, on behalf of
themselves and all others similarly
situated,

    Plaintiffs,

v.                                                                       Case No. 3:86-cv-6-BJD-JBT

MAXIE CARTER JR., Chairman;
their successors and agents, all in
their official capacity, E.L.
NORMAN, their successors and
agents, all in their official capacity,
E.W. HODGES, JR. , their
successors and agents, all in their
official capacity, LAWRENCE
MOSLEY, their successors and
agents, all in their official capacity,
and WILBUR L. WATERS, their
successors and agents, all in their
official capacity,

    Defendants.
_____/

## ORDER

**THIS CAUSE** is before the Court on a series of motions that seek to reopen this case, substitute certain parties, and modify the final judgment. (Docs. 2-4). This case is one of three originally brought nearly 36 years ago that challenged election processes that illegally excluded Black representation and participation. (Doc. 4 at 1-2). In two similarly situated cases filed in the Jacksonville Division, the Court has granted relief parallel to that requested here. For good cause and pursuant to Rule 60(b)(6), Federal Rules of Civil Procedure, the Court will grant the requested relief in this case as well.

Accordingly, after due consideration, it is

**ORDERED:**

1. The parties' Joint Motion to Reopen the Court File (Doc. 2) is **GRANTED**. The Clerk shall reopen the file for purposes of substituting the parties and amending the final judgment as described below. (The parties shall note that the new case number is 3:86-cv-6-BJD-JBT).

2. Plaintiffs' Unopposed Motion to Substitute Florida State Conference of NAACP Branches (Doc. 3) is **GRANTED**. The Florida State Conference of Branches and Youth Units of the NAACP is hereby substituted in place of plaintiff Bradford County Branch of the NAACP.

3. The parties' Joint Motion to Modify Judgment (Doc. 4) is **GRANTED**.

   a. The single-member district boundary adjustments as reflected in Resolution 2023-07 are approved.

   b. Bradford County shall implement these adjustments in future elections.

4. The Clerk of the Court shall, after compliance with this Order, close this file.

**DONE** and **ORDERED** in Jacksonville, Florida this 27th day of September, 2023.

BRIAN J. DAVIS
United States District Judge

2
Copies furnished to:

Counsel of Record
Unrepresented Parties